# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERENCE WESTLEY

NO. 2020 KW 0894

**NOVEMBER 19, 2020**

---

In Re:    Terence Westley, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-16-0433.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of East Baton Rouge Parish reflects the district court granted relator's Motion for Production of Documents on November 5, 2020.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT